An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

RALPH DICKERSON,
Petitioner,
vs.
THE STATE OF NEVADA,
Respondent.

No. 68688

**FILED**

OCT 15 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

*ORDER DENYING PETITION*

This is a pro se petition for a writ of habeas corpus. Petitioner claims that he was "kidnapped" from California and "has been held hostage" in Nevada by "Isidro Baca." He makes bare statements that his constitutional rights have been violated. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. Petitioner appears to be challenging the validity of his judgment of conviction, which must be raised in a post-conviction petition for a writ of habeas corpus filed in the district court in the first instance.[1] NRS 34.724(2)(b); NRS 34.738(1). Accordingly, we

ORDER the petition DENIED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

---

[1]We express no opinion as to whether petitioner could meet the procedural requirements of NRS chapter 34.

SUPREME COURT
OF
NEVADA

(O) 1947A

15-31441

cc: Ralph Dickerson
Attorney General/Carson City